ACCEPTED
04-15-00021-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/6/2015 6:57:12 AM
KEITH HOTTLE
CLERK

# FOURTH COURT OF APPEALS
## San Antonio, Texas

### No. 04-15-00021-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/6/2015 6:57:12 AM
KEITH E. HOTTLE
Clerk

## BOARD OF ADJUSTMENT OF THE CITY OF SAN ANTONIO,
### Appellant

### v.

## Michael and Theresa HAYES,
### Appellees

### From the County Court At Law No. 10, Bexar County, Texas
### Trial Court No. 2014CV00284
### Honorable David J. Rodriguez, Judge Presiding

### APPELLANT'S RESPONSE TO THE COURT'S ORDER

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellant, Board of Adjustment of the City of San Antonio, responds to the Court's

Order dated February 26, 2015, as follows:

1. Appellant filed its notice of appeal on January 15, 2015.

2. On January 16, 2015, Appellant requested the clerk's record and agreed to pay the clerk's fee. See attached letter.

3. Before filing the Notification of Late Record, the Clerk never advised Appellant that the record had been completed and did not request payment of the clerk's fee. Thus, it is incorrect that an extension of time to file the clerk's records was needed because appellant failed to either make arrangements to pay the clerk's fee or pay the fee.

4. On March 4, 2015, the Appellant contacted Clerk Daniel Cedar, Lead Operations Clerk, and he advised that he was recently given the task to prepare the clerk's record, that the record had not been completed, and that it would not be ready until

March 10, 2015. That was the true reason he requested an extension of time.

5.       It was not until March 5, 2015, that the clerk determined the correct amount of the clerk's fee for the preparation of the record, which was immediately paid. *See* attached receipt.

Respectfully submitted,

LAW OFFICES OF ALBERT LÓPEZ
14310 Northbrook Dr., Suite 200
San Antonio, Texas 78232
Telephone:  (210) 404-1983
Fax:  (210) 404-1990

By: /s/ Albert López
     ALBERT LÓPEZ
     State Bar No. 12562350
     alopezoffice@gmail.com
   ATTORNEYS FOR THE BOARD OF
   ADJUSTMENT OF CITY OF SAN ANTONIO

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument served pursuant to the rules upon David L. Earl, 745 East Mulberry, Mailbox 16, San Antonio, Texas 78212 on March 6, 2015.

/s/ Albert López
Albert López